```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

LYNETTE WEATHERSBY                           CIVIL ACTION

VERSUS                                       NO: 11-1739

STATE FARM FIRE AND CASUALTY                 SECTION: R
COMPANY

## ORDER AND REASONS

Before the Court is plaintiff Lynette Weathersby's motion to stay.[1] On March 30, 2012, the Louisiana Supreme Court granted a writ application in *Duckworth v. Louisiana Farm Bureau Mutual Ins. Co.*, No. 2011-C-2385, and *Quinn, et al. v. Louisiana Citizens Property Ins. Corp.*, No. 2012-C-0152. These cases address the issue of whether filing class action lawsuits suspends the running of prescription against insureds who file individual lawsuits before a class certification determination is made. Because this prescription issue could be dispositive in this matter, the Court GRANTS plaintiff's motion.

---

[1]   R. Doc. 11.

Accordingly, IT IS ORDERED that the above captioned matter is stayed and ADMINISTRATIVELY CLOSED pending final disposition of *Duckworth v. Louisiana Farm Bureau Mutual Ins. Co.*, No. 2011-C-2385, and *Quinn, et al. v. Louisiana Citizens Property Ins. Corp.*, No. 2012-C-0152.

New Orleans, Louisiana, this 23rd day of April, 2012.

_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE

2